1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    XAVIER LUMAR J'WEIAL,                          No.  2:21-cv-0712 DB P

12              Plaintiff,

13       v.                                          ORDER

14    CALIFORNIA DEPARTMENT OF
      CORRECTIONS AND
15    REHABILITATION, et al.,

16              Defendants.

17

18        On August 9, 2022, the court granted plaintiff 90 days to file a notice of election to

19    proceed on the first amended complaint as screened, a second amended complaint, or a notice of

20    voluntary dismissal. To date, plaintiff has not responded to the court's order. On August 8, 2022,

21    however, plaintiff filed a document entitled Motion for Clarification of Defendants not being

22    Connected. (ECF No. 18.) The court construes plaintiff's August 8, 2022 filing as a statement of

23    plaintiff's disagreement with the undersigned's June 29, 2022 screening order. If plaintiff

24    disagrees with the screening of the first amended complaint, then plaintiff may file a notice of

25    election to proceed on the first amended complaint as it is pleaded; the undersigned will then

26    issue findings and recommendations consistent with the June 29, 2022 screening order, and a

27    district judge will be assigned to the case to decide whether plaintiff has stated cognizable claims,

28    and if so, and which one(s).

1    In accordance with the above, IT IS HEREBY ORDERED:

2    1. Plaintiff's motion for clarification (ECF No. 18) is granted to the extent set forth

3  above.

4    2. Plaintiff is granted 30 days from the date of this order in which to file a notice of

5  election to proceed on the first amended complaint as screened, a notice of election to proceed on

6  the first amended complaint as pleaded, a second amended complaint, or a notice of voluntary

7  dismissal. No further extensions of time for this purpose will be granted absent good cause shown

8  for extraordinary circumstances.

9  Dated:  December 3, 2022

10

11

12
   DLB7
13  jwei0712.36amc(2)

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28