UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER LUMAR J'WEIAL, | No. 2:21-cv-0712 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTION & REHABILITATION, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 29, 2022, the magistrate judge screened plaintiff's first amended complaint[1] (ECF No. 13) and found it stated a single colorable claim against former Warden Lizzarraga under the Eighth Amendment. (ECF No. 16.) Given the option to amend, plaintiff elected to proceed with the first amended complaint. (See ECF No. 21.)

---

[1] As noted on the docket and in the magistrate judge's prior order (ECF No. 22) the amended complaint dated February 28, 2022, and filed on March 3, 2022, is titled second amended complaint. (See ECF No. 13.) Because it was the first amended pleading filed after the screening of plaintiff's original complaint, it is the first amended complaint and the court will refer to it accordingly.

1

1    On January 12, 2023, the magistrate judge filed findings and recommendations herein
2 which were served on plaintiff and which contained notice to plaintiff that any objections to the
3 findings and recommendations were to be filed within thirty days. (ECF No. 22.) Plaintiff has
4 filed objections to the findings and recommendations.
5    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
6 court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the
7 court finds the findings and recommendations to be supported by the record and by proper
8 analysis.
9    Accordingly, IT IS HEREBY ORDERED that:
10    1. The findings and recommendations filed January 12, 2023, are adopted in full.
11    2. Except for the claim under the Eighth Amendment against former Warden Lizzarraga,
12 all of plaintiff's claims in the first amended complaint are dismissed without leave to amend.
13    3. The Clerk of the Court is directed to update the docket to reflect that the following
14 defendants are dismissed: California Department of Correction and Rehabilitation, California
15 Regional Water Quality Control Board, County of Amador, City of Ione, Scott Kernan, Terry
16 Bettencourt, Tamir Ahmed, Gregory Larrabee, Rosanne Campbell, Andrew Altevogt, Kenny
17 Kragle, Harrold Hold, Kathleen Allison, and Patrick Covello.

Dated:  February 23, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DLB7
jwei0712.804