UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER LUMAR J'WEIAL, | No.  2:21-cv-0712 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff has requested a 30-day extension of time to file objections to findings and recommendations filed on November 21, 2013. Good cause appearing, IT IS HEREBY ORDERED as follows:

1.  Plaintiff's motion for an extension of time (ECF No. 39) is granted; and

2.  Plaintiff is granted 30 days from the date of this order in which to file objections to the findings and recommendations filed on November 21, 2023.

Dated:  December 18, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
jwei0712.36obj