Rob Bonta, State Bar No. 202668
Attorney General of California
Joanna B. Hood, State Bar No. 264078
Supervising Deputy Attorney General
Neculai Grecea, State Bar No. 307570
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone: (213) 269-6443
 Fax: (916) 731-3641
 E-mail: Neculai.Grecea@doj.ca.gov
*Attorneys for Defendant*
*J. Lizarraga*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| XAVIER LUMAR J'WEIAL,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPATMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendant. | 2:21-cv-00712-WBS (DB)<br><br>**OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:   The Honorable Deborah Barnes<br>Action Filed: April 21, 2021 |

On July 17, 2023, Defendant moved to dismiss Plaintiff's claims.  (ECF No. 33.)  On November 11, 2023, the Magistrate Judge issued Findings and Recommendations granting Defendant's motion, and recommending that the case be dismissed with prejudice for failure to state a claim.  (ECF No. 38.)  On February 15, 2024, however, the District Judge granted in part and denied in part the motion to dismiss, and remanded the case to the Magistrate for further proceedings, including consideration of the qualified immunity issue.  (ECF No. 41.)

Despite the fact that there has been no activity in the case since February—and unprompted by the Court—Plaintiff moved for summary judgment on June 6, 2024.  (ECF No. 43.)  His motion is procedurally premature.

First, the Magistrate Judge has not yet considered the issue of qualified immunity. Second, even assuming Plaintiff's claims survive after new Findings and Recommendations on the issue of qualitied immunity (and subsequent consideration by the District Judge), no case management order has been issued yet. Although there may be a time and place for Plaintiff's summary-judgment motion, that time is not now.

For these reasons, and out of an abundance of caution to avoid an unopposed motion on the docket, Defendant hereby opposes Plaintiff's motion for summary judgment as procedurally premature.

Dated:  June 18, 2024                                    Respectfully submitted,

ROB BONTA
Attorney General of California
JOANNA B. HOOD
Supervising Deputy Attorney General


***/s/ Neculai Grecea***
NECULAI GRECEA
Deputy Attorney General
*Attorneys for Defendant*
*J. Lizarraga*

SA2023301070
66869237

## CERTIFICATE OF SERVICE

Case Name:  **Xavier Lumar J'Weial (T08643) v. CDCR, et al.**          No.  **2:21-cv-00712-WBS (DB)**

I hereby certify that on June 18, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On June 18, 2024, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Xavier Lumar J'Weial CDCR #T-08643**
Mule Creek State Prison
P.O. Box 409099
Ione, CA  95640
*In pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 18, 2024, at Los Angeles, California.

| K. Yeoun | /s/ K. Yeoun |
|---|---|
| Declarant | Signature |

SA2023301070
pos