Xavier Lumar. J Weial
4001 Hwy 104
P.O. Box 409080
lane California [near 95640]
T 08643 ; E Yard C-201-bld 19

(Pro Se)

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

Xavier Lumar. J Weial,
        plaintiff,

Joe Lizarraga et al.,
        defendants.

Case No.: 2:21-cv-00712-WBS (DB)

PLAINTIFF'S MOTION TO REPLY TO OPPOSITION

Judge: THE HONORABLE DEBORAH BARNES
Date :
Dept :

        I, Xavier Lumar J Weial, plaintiff in this matter did file a Motion For Summary Judgment, on 6.6.2024.
        As defendant's et al..have violated CALIFORNIA CLEAN WATER Act

and U.S.Const
enacting 2021 Bill Ca SENATE BILL 2 Tom Bane Civil Rights Act. (b)
(c) (e) (f)
Civil Courts provide a vital avenue for individuals harmed by violations of the law by peace officers to find redress and accountability. But the judicially created doctrine of qualified immunity in federal courts, and broad interpretations of California immunities and restrictive views on the cause of action under the Tom Bane Civil Rights Act, too often lead to officers escaping accountability in civil Courts, even when they have broken the law or violated the rights of members of the public. The civil court process should ensure that peace officers are treated fairly, but that they can be held accountable for violations of the law that harm others, especially the use of excessive force.

1.

And for defendant's under the enacted 2021 Senate Bill TomBane Civil Rights Act the defendant's accountalbe.

Next The Att General's office reprensented [ing] defendant state that plaintiff's filing of Summary Judgment was premature. Where they offer no case law, nor citations.

Where Summary Judgment under Rule 56.(b) Time to file a Motion. Unless a different time is set by local rule or the Court orders otherwise, a party may file a motion for summary judgment at any time until 30 days after the close of all discovery.

Further the Att Gen's Office, being very aware of the long standing of contamination of drinking water violations since the 90's, where the farmers sued because there cows were sicken because of the water contamination coming from Mule Creek. And there was a Cholera outbreak with inmates.

From The Early 90's up until Now, THERE HAS BEEN along standing violation's of clxnum act's Occuring.

So with all the information provided by plaintiff and the documented information in possession of the Att Generals office. Here with the mismanage of finanes.

Summary Judgment Rule 56 (a) Motion for Summary Judgment or Partial Summary Judgment.

As plaintiff moved for Summary Judgment, where Identified was each claim. And the court shall grant summary where the movant has shown that there is no genuine dispute as to any of the material fact and the plaintiff / movant is entitled to judgment as a matter of law.

Date July 31 . 2024

Sincerely Submitted,
Kevin Thomas Williams

2.