Xavier Lumar. J'Weial
4001 Highway 104
P.O. Box 409090
Ione California [near 95640]
(Pro Se Litigant)

FILED
JAN 28 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Xavier Lumar. J'Weial,
    plaintiff,

vs.

Joe Lizarraga,
    defendants, et al.,

Case No.: 2:21-cv-00712-WBS-SCR (PC)

PLAINTIFF'S MOTION FOR SPECIAL MASTER UNDER USCS Fed Rules Civ Proc R 53. MASTERS.
FOR DISCOVERY FOR FORENSIC ACCOUNTING.

Date: March 2025
Time: 10:am
Judge: S.C. Ralph

---

I am the plaintiff, Xavier Lumar. J'Weial, and comes before this Court THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA.

And a SPECIAL MASTER FOR DISCOVERY FOR FORENSIC ACCOUNTING. As there has been decades of misappropriation of funds, in which it plaintiff's belief that the amount of funds requested and received has been well over $77. million dollars.

In which started during the build of mule creek state prison. As it was contracted under contract law that once the prison had reached 1700 inmates or #2 years after the building #3 Water Treatment Plants would be completed, one of them being a Tertiary Wastewater Treatment Plant.

There is no Tertiary Plant to this date.

It's stated by the attorney generals office that [all] documented information that was presented were speculative. In which is untrue asto it's truthfulness. as the information is true. "And the DISPATCH LEDGER NEWS PAPER that has been covering this Catastrophic Contamination, approx since 2012-2017.

2. (ex) Warden Rich Subia, reported in 2007 that do to the overly exceeded population of prisoners and staff, do to Waste Water Tertiary plant not being built.

3. THE CITY OF IONE took Mule Creek back to Court The Superior Court of AMADOR whom sided with the City about the breach of 1985 Contract, violation of Cal Civ Code § 3300

4. It was ANDREW ALTEVOGT of the CENTRAL VALLEY REGIONAL QUALITY CONTROL BOARD (RWQCB). QUOTED "Based on the CALIFORNIA DEPARTMENT of CORRECTION's AND REHABILITATION (CDCR) Tests over the past years and the range of Constituents; Including Voc's (Volatile Organic Compound's). E. Coli. (ESCHERICHA Coli BACTERIA). Coliform and Metals. - We can tell you somewhere things are getting into the drinking water.

5. DAVID ANDERSON for (SCCI) Serrari Construction Company Incorpriated and ANDREW ALTEVOGT executive officer for the Central Valley Quoted Regional Water Quality Control Board
Confirmed that "the contamination is vast. the California Prison System. cdcr, the City of Ione should [all] be held accountable for there inaction. Then the Federal Government should be made aware and called in.

2.

In 2017 plaintiff filed this complant to the federal Courts, and the Attorney generals office.

6. As it's been also stated by a Master Plumber of the many cross connections of sewer pipes and water plumbing. Whom was made privilege to the plumbing system under mcsp. And hired by the dispatch ledger news.

7. HIRED Correctional Staff have also stated that they've witnessed <u>busted and corroded sewege pipes</u>. again this information stated by hired staff, here at mcsp.

Decades mcsp, cdcr have been receiving Million of dollars to fix the Contamination problem approx $77 million. So why's plaintiff, and the inmate population are still Consuming unsafe drinking water.

Plaintiff's Consumption has been since 2016 to the date as provided by cdcr, mcsp asts the water having Constituents that cause serious life and death health risk.

Johnson v Lewis, 217 F3d 726, 732 (9th Cir 2000) (fourdays) deprivation of adequate drinking water violate Eighth Amendment.

The Superior Court of Amador stated when the City of Ione sued mule creek state prison again due to the 1985 of september Contract being breached in not building the TERTIARY PLANT but where did that money go? As there was no tertiary built.

The funds, being state and federal funding appropriated and requested. And allotted for the fixture of the still existing Contaminated drinking water problem.

The need for the Special Master for Discovery for Forensic Accounting. These protecting defendants state that the drinking water is safe to drink but they have been receiving millions why if the water's safe. Yet as provided the people cder hired say otherwise. The C.R.W.Q.C.B say's different. Fines and lawsuits against defendants named and those not.

2. That was the reason for plaintiff filing the "dickens Howos Motion" upon the atth generals office, whom are in possession of documents that will prove plaintiff's claim at trial.

And will show that there's a conspiracy of individuals whom to my belief received money as the money received has not went on a Tertiary plant from 1985. Nor has any money went to fix the plumbing where the pvc pipes are now a violation of building health Saf Code.

The Special Masters will beable to find where and whom all received money. #77 million we should be drinking out gold plumbing.

Dated 01 19 2025

Under penalty of perjury all information is true and correct and can proven by witnessess subpoenaed

4.

**EXHIBIT** _1_

# What is tertiary wastewater treatment?

jcfranceindustrie.fr/en/what-is-tertiary-wastewater-treatment/

May 24, 2022

After domestic, agricultural or industrial use, water is polluted by various biological, physical or chemical substances. This wastewater is often reused or discharged into the natural environment. However, before being reused or discharged into the environment, it must undergo a purification process in a wastewater treatment plant. This process is divided into several stages, including the tertiary treatment phase. JC France Industrie explains the essentials of tertiary wastewater treatment.

## Tertiary wastewater treatment: what is it ?

**Tertiary treatment** is a method of wastewater treatment that consists of eliminating non-biodegradable pollutants. It follows primary and secondary treatment. This technique allows the removal of phosphorus and nitrogen contained in the water to refine it. It is based on the use of chemical and physical processes. The tertiary treatment of wastewater uses, for example, the rotary screen which is a very important tool. Indeed, its use optimizes the separation of liquids and small solids.

The tertiary treatment offers the possibility to increase the quality of the effluents before they are discharged into the receiving environment (lake, field, sea, river). It occurs well after screening, which is part of the **pre-treatment steps.** However, several tertiary treatment processes can be used in wastewater treatment plants (WWTP). In any case, this filtration or purification mechanism of polluted water has several interests.

## What are the challenges of tertiary wastewater treatment?

Firstly, the implementation of tertiary treatment is essential to comply with European and national standards on wastewater discharge. In other words, the elimination of phosphorus and other pollutants present in wastewater is a legal obligation.
In France, treated wastewater is most often reused for agricultural irrigation and watering of green areas. The effectiveness of tertiary treatment is therefore essential **to guarantee the quality of the water before its reuse**. The different methods used allow the complete removal of unwanted substances in order to meet predefined quality objectives.

For example, if wastewater is to be reused for vegetable irrigation, pathogens are removed. On the other hand, in the context of urban reuse, nitrogen and phosphorus are targeted during treatment. The same is true for **groundwater recharge**. This helps to avoid any risk of eutrophication.

## How is tertiary wastewater treatment carried out ?

The tertiary treatment of wastewater is based on several methods of depollution. Among these, we have the use of rotary drum filters. These machines allow to filter more finely the polluted water at the level of the STEP. In the same way, a bacteriological treatment by UV radiation can be applied to the water in order to get rid of the substances that pollute it.

## The use of rotary drum filters

Also known as a rotary screen, **the rotary drum filter** is a mechanical filtration device. Often made of stainless steel, it consists of a cylindrical drum with a mesh size of 26µ to 100µ depending on the application. The use of this tool is useful to optimize the separation of liquids and solids that have a minimal size. It is used to properly filter urban effluents and to purify wastewater. Rotary drum filters can be used in wastewater treatment plants (WWTP) as well as for the treatment of drinking water or fish farming.

**The wastewater to be treated** is guided into the drum and flows by gravity through the filter panels attached to the periphery of the screen. Suspended solids are removed by backwashing and gradually accumulate inside the rotating drum filters through a waste collection and discharge chute.

When the difference in level between upstream and downstream is too great, the screen rotates. This starts the cleaning cycle in order to filter the SS that are on the filter cloth. The water coming from the cleaning of the cloths is then recovered and evacuated independently of the filtered water.

## Bacteriological treatment by UV radiation

A variety of UV systems are available to eliminate bacteria from wastewater. In fact, the principle of UV treatment consists in purifying wastewater by subjecting it to a source of UV radiation. In concrete terms, the polluted water is treated in a channel containing a **multitude of submerged lamps.**

In recent years, small wastewater filtration plants have been using a system based on single-lamp reactors. In any case, the bacteriological treatment by UV radiation helps to destroy many harmful bacteria.

Ultimately, the operation of a wastewater treatment plant is divided into several phases. After pre-treatment, primary treatment and secondary treatment, tertiary treatment is necessary to improve the quality of the treated water. It is possible to use the solutions proposed by JC France Industrie for wastewater treatment.

# Mule Creek State Prison Compliance Issues and Regulatory Strategy

waterboards.ca.gov/centralvalley//water_issues/enforcement/mule_creek_state_prison/

## Facility Background and Overview

The Mule Creek State Prison facility (MCSP) is owned and operated by the California Department of Corrections and Rehabilitation (CDCR). MCSP is located approximately 1 mile west of the City of Ione, California, and approximately 10 miles west of the City of Jackson. Mule Creek runs through the center of the facility.

The Central Valley Regional Water Quality Control Board (Central Valley Water Board) regulates the operations that occur at the MCSP facility with several water quality permits. Each permit has prohibitions, conditions, and requirements to operate and monitor the covered component such that beneficial uses are not impacted, and environmental health is protected:

- The wastewater collection system is regulated under the Sanitary Sewer System General Order (SSO General Order), Water Quality Order No. 2006-0003-DWQ.
- The wastewater treatment plant, effluent storage reservoir, and on-site land application areas are regulated by the Waste Discharge Requirements (WDRs) Order R5-2015-0129 from the Waste Discharge to Land Permitting Program.
- The storm water discharge to Mule Creek is regulated under the National Pollutant Discharge Elimination System General Permit for Waste Discharge Requirements for Storm Water Discharges from Small Municipal Separate Storm Sewer Systems (MS4), WQ Order 2013-0001-DWQ, as amended (Small MS4 General Permit).
- CDCR has also submitted a No Exposure Certification for the Industrial Stormwater General Permit (IGP).

The scope, primary concerns, and compliance strategy of each of these permits is described in the modules below, along with links to the program pages, permits, associated monitoring reports, enforcement actions, and program links.

## Waste Discharge to Land Requirements

WDRs Order R5-2015-0129 defines the requirements, prohibitions, monitoring, and reporting associated with the wastewater treatment plant, effluent storage reservoir, and on-site land application areas. A blend of domestic and industrial wastewater is generated, treated, and disposed of at MCSP. Currently, MCSP houses approximately 4,000 inmates and employs 1,250 CDCR staff full time. MCSP generates an unknown volume of industrial waste from several industrial operations, which is discharged to the sanitary sewer system. These

1/7

operations include a coffee roaster, meat processor and smokehouse, textile manufacturing operation, and a large-scale laundry operation that serves several other prisons across the state. In addition, MCSP receives an unknown amount of domestic waste flows from the California Department of Forestry Fire Academy and a small amount of wastewater from the closed Preston Youth Authority facility, both located adjacent to MCSP. These wastewater flows are combined and treated at the on-site wastewater treatment plant. Secondary disinfected effluent is stored in an effluent reservoir and disposed of the on-site land application areas, an effluent storage reservoir, or Preston Reservoir. CDCR has also built and periodically operates an effluent export pipeline to discharge effluent to the City of Ione tertiary plant for further treatment and irrigation of the Castle Oaks Golf Course. This off-site beneficial reuse is not described or permitted in the current WDRs.

| Compliance Concern | Strategy to Return to Compliance |
|---|---|
| Insufficient flow and composition data to determine threat to water quality and public health posed by the treatment and disposal of the industrial wastewater | Revised Monitoring and Reporting Program (MRP) R5-2015-0129 was issued in October 2021 to require monitoring necessary to collect needed data. Based on that data, the WDRs will be updated to ensure beneficial uses are protected. Data will also be sent to the County to make public health recommendations. |
| Lack of treatment process for industrial waste | Future WDRs will be developed using the data on the industrial waste stream collected under Revised MRP R5-2015-0129 and will include requirements and upgrades to the treatment train as needed to address industrial waste constituents. |
| Insufficient wastewater effluent disposal capacity | The current WDRs require CDCR to develop additional disposal capacity to make up for the increased prisoner population and loss of spray fields caused by the 2015 prison expansion. However, the disposal plans of Sutter Creek and the City of Ione will change drastically in July 2022. Therefore CDCR, Ione, and Sutter Creek will be required to submit water balances consistent with each other to determine the disposal deficit. |
| Overloading of specific spray fields potentially causing subsurface seepage into Mule Creek | Symptom of insufficient disposal capacity, see above. |
| Nitrate and VOC impacts to groundwater | Symptom of insufficient disposal capacity, see above. |

**Land Discharge Waste Discharge Requirement (WDR) Permit Documents**

- WDR R5-2015-0129
- Revised Monitoring and Reporting Program R5-2015-0129 (Rev1)

## Recent Enforcement Documents

23 September 2020 Notice of Violation (will provide document, is not currently online)

## Monitoring Reports

Please contact us for copies of these documents.

- Monthly Waste Water Treatment Plant Reports required by WDRs (will provide document, is not currently online)
- Quarterly Groundwater Reports required by WDRs (will provide document, is not currently online)
- Annual Reports required by WDRs (will provide document, is not currently online)

# Small Municipal Separate Storm Sewer System (MS4)

On 28 December 2017, Central Valley Water Board staff received a complaint of ongoing illegal discharge of wastewater from an unknown source into the storm water system and subsequently into Mule Creek. In response, Central Valley Water Board staff inspected MCSP on 4 January 2018 and collected samples. The results indicated that the discharge exhibited the characteristics of domestic and industrial wastewater, and exceeded several applicable regulatory limits, resulting in the issuance of a Water Code Section 13267 Order (13267 Order) on 14 February 2018. As part of the 13267 Order, CDCR completed monitoring and an investigation of the storm water and sanitary sewer systems to determine the source of the waste. It determined that both systems had numerous defects allowing liquid to infiltrate and ex-filtrate and that groundwater was mounded beneath MCSP as a result. CDCR's Investigation Findings Report and Central Valley Water Board Staff's Review Memo for that report are linked below.

During the investigation, Central Valley Water Board staff determined that the storm water system at MCSP may pose a threat to water quality and storm water discharges from MCSP should be regulated under the Small MS4 General Permit. On 8 February 2019 the Central Valley Water Board adopted Resolution R5-2019-0006 designating MCSP as a Non-Traditional MS4, and on 10 April 2019 MCSP was designated as a Regulated Small MS4 by the State Water Resources Control Board (State Water Board). The Small MS4 General Permit requires CDCR to develop and implement a storm water control program for MCSP to reduce the discharge of pollutants from its MS4 to Mule Creek and ensure compliance with applicable water quality requirements. Due to potential water quality impacts to Mule Creek while the MCSP storm water control program is being fully developed and implemented, and to ensure compliance with the Small MS4 General Permit requirements, the Central Valley

Water Board determined that an interim monitoring and reporting program is necessary to monitor MS4 discharges from MCSP to Mule Creek. The Central Valley Water Board issued a 13383 Order to perform monitoring and reporting on 6 August 2020. The 13383 Order was initially updated on 16 December 2020, followed by an additional update on 30 November 2021.

On 18 February 2021, the Central Valley Water Board approved Settlement Agreement and Stipulation for Entry of Administrative Civil Liability and Administrative Civil Liability Order (Stipulated Order), Order No R5-2021-0001 regarding the unpermitted discharge of co-mingled storm water and wastewater to Mule Creek from the MCSP MS4. The scope of the Stipulated Order only included discharges occurring between the discovery of waste constituents in the discharge by Central Valley Water Board staff on 18 January 2018 and 10 April 2019, which is when MCSP enrolled in the Small MS4 General Permit. As part of the Stipulated Order, CDCR agreed to defer funds from the penalty amount to the following Enhanced Compliance Actions (ECAs): a Landscape Irrigation System Replacement Project to repair broken landscape irrigation pipes that are contributing to excessive dry weather flows into the MS4 and a microbiological study (Microbial Study) performed by the Southern California Coastal Water Research Project. The Landscape Irrigation System Replacement Project is expected to be completed in March 2025. The Microbial Study is complete but unfortunately was not performed with EPA-certified methods and was mostly inconclusive, although human biomarkers were detected in Mule Creek.

| Compliance Concern | Strategy to Return to Compliance |
|---|---|
| Insufficient flow and composition data to determine threat to water quality and public health posed by the discharges to Mule Creek from the MS4 | The updated 13383 Order requires the collection of monitoring data needed to determine the threat to water quality and public health posed by MS4 discharge. The Small MS4 General Permit requires CDCR to address any illicit discharges occurring to the system once they are found. |

| Compliance Concern | Strategy to Return to Compliance |
|---|---|
| Discharges from the MS4 have been occurring during long periods of dry weather | As part of the 2021 Stipulated Order, CDCR is required to repair the landscape irrigation system. In addition, Central Valley Water Board staff reviewed CDCR's Non-Storm Water Discharge Report and determined that the irrigation runoff from defects in the irrigation system does not meet the Small MS4 General Permit's definition of incidental runoff. As required by the Small MS4 General Permit, CDCR submitted a Non-Storm Water Discharge Elimination Plan (NSWDE Plan) to eliminate the non-storm water runoff. This NSWDE Plan is currently under Central Valley Water Board staff review. |
| The Stormwater System Investigation Findings Report (Report) detailed numerous defects and locations of infiltration in the MS4 system | The Report concluded that there are defects in the sanitary sewer and irrigation systems and MS4. For Non-traditional MS4s, the Small MS4 General Order requires that illicit discharges into MS4 be corrected once the source is identified. |

- Small MS4 General Permit WQ Order 2013-0001-DWQ
- MS4 Designation Resolution R5-2019-0006
- Revised MS4 13383 Order (Replaced on 30 November 2021)
- Revised MS4 13383 Order

## Enforcement Documents

- 14 February 2018 13267 Order (will provide document, is not currently online)
- 1 November 2019 Stormwater Investigation Findings Report (will provide document, is not currently online)
- 7 December 2020 Stormwater Investigation Findings Report Review Memo (will provide document, is not currently online)
- 18 February 2021 Settlement Agreement Administrative Civil Liability Order R5-2021-0001
- 18 February 2021 Board Presentation for ACL Adoption (will provide document, is not currently online)

## Monitoring Reports

- Historical data of the Discharge to Mule Creek collected under the 13267 Order (will provide document, is not currently online)

- All MS4 monitoring reports are available to the public via the Stormwater Multiple Application and Report Tracking System (SMARTS):
    California Storm water Multiple Applications and Report Tracking System

## Industrial Stormwater General Permit (IGP)

CDCR filed a No Exposure Certification (NEC) on 22 May 2018, which certifies that all industrial activities occur indoors and therefore they should be exempt from certain Industrial Stormwater General Permit requirements. Stormwater staff inspected the facility on 27 January 2021 and determined that the NEC is applicable here. Therefore MCSP is not regulated under the IGP.

   Industrial Stormwater page

## SSO General Order

On 2 May 2006 the State Water Board adopted the SSO General Order, Order No. 2006-0003-DWQ. This Order requires all federal and state agencies, municipalities, counties, districts, and other public entities that own or operate sanitary sewer systems greater than one mile in length and collect and/or convey untreated or partially treated wastewater to a publicly owned treatment facility to enroll and comply with the requirements described within.

As part of previous enforcement actions taken by the Central Valley Water Board for wastewater spills from the collection system to Mule Creek MCSP, CDCR was enrolled in the SSO General Order on 5 December 2014. The Order includes requirements for the maintenance, monitoring, and repair of the sanitary sewer system. Based on the 1 November 2019 Stormwater Investigation Findings Report, adequate maintenance and repair have not been performed, and the Board is evaluating enforcement.

| Compliance Concern | Strategy to Return to Compliance |
| --- | --- |
| The Stormwater System Investigation Findings Report detailed numerous defects and locations of infiltration in the storm water collection system | Board staff is reviewing the most recent Sanitary Sewer Maintenance Plan and will provide formal communication to CDCR stating how to address these issues and come back into compliance with the SSO General Order. |

### SSO General Order Permit Documents

- Sanitary Sewer Overflow Reduction Program page
- Sanitary Sewer Overflow (SSO) General Order WQO-2006-0003

### Sanitary Sewer Management Plans (SSMP)

   2020 SSMP (will provide document, is not currently online)

## Email Subscription List

Subscribe to the Mule Creek State Prison Compliance Issues and Regulatory Strategy email list to receive notifications and updates.

## Contact Us

- **Assistant Executive Officer overseeing Enforcement:**
  JJ Baum
  Assistant Executive Officer
  John.Baum@waterboards.ca.gov
- **Land Discharge and Construction and Industrial Stormwater Questions**
  Kari Holmes
  Supervising Water Resource Control Engineer
  Kari.Holmes@waterboards.ca.gov
- **MS4 Questions**
  Anne Walters
  Environmental Program Manager I
  Anne.Walters@waterboards.ca.gov
- **CDCR Questions**
  Gregor Larabee
  Industrial Hygienist
  (916) 255-2162
  Gregor.Larabee@cdcr.ca.gov

- Web page problems: webmaster5@waterboards.ca.gov
- Report an Environmental Concern

## Proof of Service

Case Name: Xavier L. J'Weal,  Case No.: 2:21-cv-00712-WBS-SCR(PC)
vs. Joe Lizarraga et al.

I do hereby state / certify that on 1.    . 2025, I filed by U.S. Postal Mail service at Mule Creek State Prison the following documents.

My name is ___B Bullh___, witness to mailing documents.

1.) Plaintiff's Motion For Special Master under U.S.C.S Fed Rules Civ Proc R.53. Masters. For Discovery for Forensic Accounting.

2.) Plaintiff's Supporting Affidavit Local. Civ Rules 7.1

3.) Plaintiff's Request to have the Motion of Unclean Hands filed around August of 2024. put on the calendar for hearing also on March 2025 . 10:am, in the Hon. Judge S.C. Riordan Court Room.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and this declaration was executed on 1.    . 2025.

Date  1 . 19 . 2025                                           B Bullh
                                                              Signature