ROB BONTA, State Bar No. 202668
Attorney General of California
TYLER V. HEATH, State Bar No. 271478
Supervising Deputy Attorney General
VICTORIA Y. ZHANG, State Bar No. 357196
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7326
Fax: (916) 324-5205
E-mail: Victoria.Zhang@doj.ca.gov
*Attorneys for Defendant*
*J. Lizarraga*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**XAVIER LUMAR J'WEIAL,**

Plaintiff,

**v.**

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**

Defendant.

2:21-cv-00712-WBS-SCR (PC)

**DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

Defendant Lizarraga answers Plaintiff Xavier J'Weial's First Amended Complaint (FAC) below. Except as expressly admitted, Defendant denies every other allegation in the FAC.

**ANSWER**

1. In response to the allegations in paragraph 1, "Jurisdiction," of the FAC, Defendant admits that this Court has subject matter jurisdiction over this action.

2. In response to the allegations in paragraph 2, "Statement of Venue," of the FAC, Defendant admits that venue is proper in the Eastern District of California.

/ / /

3. In response to the allegations in paragraph 3, "Plaintiff," of the FAC, Defendant admits that Plaintiff was, at all times relevant, a prison inmate at Mule Creek State Prison (MCSP) of the California Department of Corrections and Rehabilitation (CDCR) in Ione, California.

4. In response to the allegations in paragraphs 4-6, "Defendants' Parties," of the FAC, Defendant responds as follows: The section contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

5. In response to the allegations in paragraph 7, "Defendants' Parties," of the FAC, Defendant admits he was a Warden employed by CDCR. Defendant lacks sufficient information and knowledge to form a belief about the other allegations in the paragraph, and denies them on that basis. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

6. In response to the allegations in paragraphs 8-10, "Defendants' Parties," of the FAC, Defendant responds as follows: The section contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

7. In response to the allegations in paragraph 11, "Defendants' Parties," of the FAC, Defendant denies that there is a personal involvement or affirmative link between himself and Plaintiff's alleged deprivation of clean drinking water. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

8. In response to the allegations in paragraph 12, "Exhaustion of Administrative Remedies," of the FAC, Defendant responds as follows: Defendant admits that Plaintiff utilized the MCSP 602 appeal procedure by filing an appeal on April 14, 2020, and admits that the appeal log number is 20-01787. Defendant denies that the second level of appeal was bypassed. Defendant admits that Plaintiff appealed to the third level and admits that the third level decision was issued by the Office of Appeals on August 27, 2021. Defendant lacks sufficient information and knowledge to form a belief about the remaining allegations in the paragraph, and denies them on that basis.

9. In response to the allegations in paragraph 13, "Factual Allegations," of the FAC, Defendant admits that Plaintiff was transferred to MCSP in 2016, but denies that the transfer occurred in November or December of 2016.

10. In response to the allegations in paragraph 14, "Factual Allegations," of the FAC, Defendant denies that he had personal involvement with any alleged drinking water contamination at MCSP. Defendant denies that he knew of any potential risk of injury resulting from alleged contaminated water at MCSP. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

11. In response to the allegations in paragraphs 15, "Factual Allegations," of the FAC, Defendant responds as follows: This section contains recitations of regulations, alleged statements of law, legal arguments, and legal conclusions that require no response from Defendant. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response. To the extent a response is necessary, Defendant denies being aware of any water contamination at MCSP and denies violating and policies, procedures, regulations, or Plaintiff's constitutional rights.

12. In response to the allegations in paragraph 16, "Factual Allegations," of the FAC, Defendant denies that he is connected to any alleged deprivation of clean drinking water or bathing water. Defendant denies having knowledge of any water contamination at MCSP that raised a serious risk of harm or danger. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

13. In response to the allegations in paragraph 17, "Factual Allegations," of the FAC, Defendant denies any personal involvement in Plaintiff's alleged constitutional deprivation. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

14. In response to the allegations in paragraph 18, "Factual Allegations," of the FAC, Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

/ / /

15. In response to the allegations in paragraph 19, "Factual Allegations," of the FAC, Defendant responds as follows: This section contains recitations of regulations, alleged statements of law, legal arguments, and legal conclusions that require no response from Defendant. To the extent a response is necessary, Defendant denies breaching any duty of care towards Plaintiff or putting Plaintiff's health at risk due to any alleged contaminated water or drinking water.

16. In response to the allegations in paragraph 20, "Factual Allegations," of the FAC, Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

17. In response to the allegations in paragraph 21, "Factual Allegations," of the FAC, Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

18. In response to the allegations in paragraph 22, "Factual Allegations," of the FAC, Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response. This section also contains recitations of regulations, alleged statements of law, legal arguments, and legal conclusions that require no response from Defendant. Defendant denies violating any policies, procedures, regulations, or Plaintiff's constitutional rights.

19. In response to the allegations in paragraph 23, "Factual Allegations," of the FAC, Defendant responds as follows: The section contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response. Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

20. In response to the allegations in paragraph 24, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

/ / /

21. In response to the allegations in paragraph 25, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

22. In response to the allegations in paragraph 26, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

23. In response to the allegations in paragraph 27, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

24. In response to the allegations in paragraph 28, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

25. In response to the allegations in paragraph 29, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

26. In response to the allegations in paragraph 30, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

27. In response to the allegations in paragraph 31, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

28. In response to the allegations in paragraph 32, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

29. In response to the allegations in paragraph 33, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response. To the extent a response is necessary, Defendant denies posing an injury risk to Plaintiff or continuing substantial risk of harm to Plaintiff's health.

30. In response to the allegations in paragraph 34, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

31. In response to the allegations in paragraph 35, "Factual Allegations," of the FAC, Defendant responds as follows: The section contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

32. In response to the allegations in paragraph 36, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

33. In response to the allegations in paragraph 37, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

34. In response to the allegations in paragraph 38, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis. The section also

contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

35. In response to the allegations in paragraph 39, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

36. In response to the allegations in paragraph 40, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

37. In response to the allegations in paragraph 41, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

38. In response to the allegations in paragraph 42, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

39. In response to the allegations in paragraph 43, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

40. In response to the allegations in paragraph 44, "Factual Allegations," of the FAC, Defendant responds as follows: The section contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

41. In response to the allegations in paragraph 45, "Factual Allegations," of the FAC, Defendant responds as follows: The section contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

42. In response to the allegations in paragraph 46, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

43. In response to the allegations in paragraph 47, "Factual Allegations," of the FAC, Defendant denies that he had personal knowledge of the water supply being contaminated and posing a danger or serious risk of harm to Plaintiff's health. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

44. In response to the allegations in paragraph 48, "Factual Allegations," of the FAC, Defendant denies that he had personal knowledge of the prison water supply being contaminated. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

45. In response to the allegations in paragraph 49, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis. The section contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

46. In response to the allegations in paragraph 50, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

47. In response to the allegations in paragraph 51, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

/ / /

/ / /

48. In response to the allegations in paragraph 52, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

49. In response to the allegations in paragraph 53, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

50. In response to the allegations in paragraph 54, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

51. In response to the allegations in paragraph 55, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

52. In response to the allegations in paragraph 56, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

53. In response to the allegations in paragraph 57, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

54. In response to the allegations in paragraph 58, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

55. In response to the allegations in paragraph 59, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

56. In response to the allegations in paragraph 60, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

57. In response to the allegations in paragraph 61, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

58. In response to the allegations in paragraph 62, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

59. In response to the allegations in paragraph 63, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

60. In response to the allegations in paragraph 64, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

61. In response to the allegations in paragraph 65, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

62. In response to the allegations in paragraph 66, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

/ / /

63. In response to the allegations in paragraph 67, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

64. In response to the allegations in paragraph 68, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

65. In response to the allegations in paragraph 69, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

66. In response to the allegations in paragraph 70, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis.

67. In response to the allegations in paragraph 71, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response. This section contains also recitations of regulations, alleged statements of law, legal arguments, and legal conclusions that require no response from Defendant. Defendant denies he violated any policies, procedures, regulations, or Plaintiff's constitutional rights.

68. In response to the allegations in paragraph 72, "Factual Allegations," of the FAC, Defendant responds as follows: Defendant lacks sufficient information and knowledge to form a belief about the allegations in the paragraph, and denies them on that basis. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response.

69. In response to the allegations in paragraphs 73-74, "Count I: Cause of Action," of the FAC, Defendant responds as follows: This section contains recitations of regulations, alleged statements of law, legal arguments, and legal conclusions that require no response from

Defendant. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response. To the extent a response is necessary, Defendant denies being involved in a constitutional deprivation of Plaintiff's rights.

70. In response to the allegations in paragraphs 75-76, "Count II: Cause of Action," of the FAC, Defendant responds as follows: This section contains recitations of regulations, alleged statements of law, legal arguments, and legal conclusions that require no response from Defendant. The section also contains allegations related to claims and defendants the Court has screened out and dismissed and, therefore, require no response. To the extent a response is necessary, Defendant denies depriving Plaintiff of clean drinking water.

71. In response to the allegations under "Prayer for Relief," of the FAC, Defendant denies that Plaintiff is entitled to the relief requested or to any monetary, injunctive, or other relief.

**AFFIRMATIVE DEFENSES**

Defendant believes that investigation and discovery in this case will support the following separate and affirmative defenses. The affirmative defenses identified below are based on the facts and information currently known to Defendant. Defendant reserves the right to assert additional affirmative defenses as they are identified on the basis of information provided or discovered.

First Affirmative Defense

Defendant denies that Plaintiff has been deprived of any rights, privileges, or immunities guaranteed by the laws of the United States or by the laws of the State of California. At all times relevant herein, Defendant acted within the scope of his discretion with due care, in good-faith fulfillment of his responsibilities under applicable statutes, rules, regulations, and practices, reasonably under all circumstances known to him, and with good-faith belief that his actions comported with all applicable federal and state laws. Defendant therefore asserts qualified immunity from liability.

/ / /

/ / /

Second Affirmative Defense

To the extent that Plaintiff suffered any injuries or damages from the facts alleged in the Complaint, such injuries were the result of Plaintiff's own negligent, unlawful, or deliberate actions, and he is thereby precluded from seeking relief for such injuries or damages.

Third Affirmative Defense

Defendant asserts that if Plaintiff suffered any injuries or damages, Plaintiff failed to mitigate such injuries or damages, thereby precluding or limiting recovery for such injuries or damages.

Fourth Affirmative Defense

Defendant asserts that he did not act with malicious intent to deprive any person of any constitutional right or to cause any other injury, nor has Plaintiff pled sufficient facts to show any evil motive on the part of Defendant, and therefore Defendant is not liable for compensatory, punitive, exemplary, or any other damages.

Fifth Affirmative Defense

Plaintiff's claims are barred by the Prison Litigation Reform based on his failure to exhaust his administrative remedies within the prison system.

Sixth Affirmative Defense

To the extent Plaintiff asserts any official-capacity claims, Defendant is immune from suit for damages in his official capacity pursuant to the Eleventh Amendment of the United States Constitution.

Seventh Affirmative Defense

To the extent Plaintiff has previously litigated the claims or issues raised in his complaint, those claims or issues are precluded by collateral estoppel and res judicata.

**DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38, Defendant demands that this action be tried by and before a jury to the extent provided by law.

/ / /

/ / /

**PRAYER FOR RELIEF**

1. That judgment be rendered in favor of Defendant and Plaintiff take nothing by this action;

2. That Defendant be awarded costs of suit and attorney's fees; and

3. That Defendant be awarded such other relief as this Court deems proper.

Dated: April 17, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
TYLER V. HEATH
Supervising Deputy Attorney General

***/s/ Victoria Y. Zhang***
VICTORIA Y. ZHANG
Deputy Attorney General
*Attorneys for Defendant*
*J. Lizzaraga*

SA2023301070
38949692

## CERTIFICATE OF SERVICE

Case Name: **Xavier Lumar J'Weial (T08643) v. CDCR, et al.** No. **2:21-cv-00712-WBS-SCR (PC)**

I hereby certify that on April 17, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On April 17, 2025, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Xavier Lumar J'Weial
T-08643
Mule Creek State Prison
P.O. Box 409040
Ione, CA 95640
***In Pro Per***

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on April 17, 2025, at Fresno, California.

| L. Lambert-Martinez | ***/s/ L. Lambert-Martinez*** |
|---|---|
| Declarant | Signature |

SA2023301070
95622471