Xavier Lumar. J Weial.
Hood Highway 104
P.O. box 409090
Ione California [95640]



NOV 12 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States District Court,
Eastern District of California

Xavier Lumar. J Weial
  plaintiff,

vs.

Attorney General Xavier Becerra,
Rob Bonta.
  et al., defendant.

Case No. 2:21 cv-00712-WBS-SCR

Plaintiff's Complaint For Injunctive Relief Temporary Restraining Order

Plaintiff Xavier Lumar. J Weial, comes before this court by way of motion requesting that an ORDER for Injuctive Relief upon Mule Creek state prison's Mail Room (or) an [A]ny staff, Correctional Officer %, to prevent them from tampering with my mail.

As this has been an ongoing case with my legal mail and confidential at Mule Creek state prison. Where my notice of disposition was Oct 14th 2025. I was not provided the legal mail sent by deputy Attorney General's office in September of 2025, I've not gotten that legal mail to date.

The actions of not providing me with this legal mail had me unprepared for my disposition, because Plaintiff wasn't given his legal mail.

1.

Xavier Lumar. J'Weial
4001 Highway 104
P.O. box 409090
Ione California [near 95640]

United States District Court
Eastern District of California

Xavier Lumar. J'Weial
    plaintiff.

vs.

Xavier Becerra, Rob Bonta,
California Department of Correction
& Rehabilitation (CDCR), Jeff
Macomber (Secretary).
    et al., defendants.

Case No. 2:21-cv-00712-WBS-SCR

Motion for Temporary Restraining Order ~ Injunctive Relief Preventing (CDCR)(Mule Creek State Prison's Mail Room) from Holding My Legal Mail.

Plaintiff moves the court for a Temporary restraining order preventing cdcr mule creek state prison's mail room from holding my legal mail.
Plaintiff's Request

date 11 · 7 · 2025

STATE OF CALIFORNIA | DEPARTMENT OF CORRECTIONS AND REHABILITATION

# GRIEVANCE / REASONABLE ACCOMMODATION REQUEST

CDCR FORM 602-1 / 1824 (Rev. 08/2024) — Page 1 of 2

**Original**

| NAME (Print) (LAST NAME) | (FIRST NAME) | CDCR NUMBER |
|---|---|---|
| Sweisl L. | Xavier | T08643 |
| INSTITUTION OR PAROLE REGION | | HOUSING AND BED NUMBER |
| Mule Creek State Prison | | R 20 C 205 |

*** YOU CAN NOW FILE A GRIEVANCE OR REQUEST A REASONABLE ACCOMMODATION BY COMPLETING THIS FORM ***

If you are submitting a grievance, an allegation of staff misconduct, or an allegation of disability-based discrimination, please complete the section below and sign and date the form.

## GRIEVANCE (CDCR FORM 602-1)

Please describe your complaint. Include the names of all those who were involved; any attempts to informally resolve the issue; and any related log numbers for documents in your central file.

Date of Event, if known: only 9·2025
Time of Event, if known: approx September 2025
Location of Event, if known: Mule Creek Mail Room

Describe your complaint: Some time in early september of 2025, The deputy attorney General sent a envelope legal mail concerning an upcoming Lit Disposition Hearing for the 14th pass. This has been a long ongoing action of mcsp Denying me my legal mail.
This had me unprepared for a seriously impartanting unexpected civil Trial Hearing against cdcr & it's defendant Sgt Lizarcoyt, et al. TAMPERING WITH LEGAL MAIL A FEDERAL OFFENSE →

*If you need more space, continue on the back of this form*

If you are requesting assistance or an accommodation, so you can access or participate in a program, service, or activity, or want to report the removal or denial of an accommodation due to disability-based discrimination, please complete the section below and sign and date the form.

## REASONABLE ACCOMMODATION REQUEST (CDCR FORM 1824)

Please answer the following questions:

1. What can't you do / What is the problem?
I'm being denied my legal mail or in the past it's some open.

2. Why can't you do it?
Have Access To THE Court

3. What do you need?
ORDER FOR INJUNCTIVE RELIEF OF TEMPORARY RESTRAINING ORDER

*If you need more space, continue on the back of this form*

Your Signature: [signature]
Date Signed: 11·7·2025

**STAFF USE ONLY**

Date Received: _____  Log Number: _____

STATE OF CALIFORNIA                                                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION
GRIEVANCE / REASONABLE ACCOMMODATION REQUEST
CDCR FORM 602-1 / 1824 (Rev. 08/2024)                                                                                                  Page 2 of 2

Use this side of the form as a continuation page for a grievance, a reasonable accommodation request, or both

Reid v. Barba, 2024 U.S. Dist. LEXIS 11724

As for legal mail, "prisoners have a protected First Amendment interest in having properly marked legal mail opened only in their presence." Hayes v. Idaho Corr. Ctr., 849 F.3d 1204, 1211 (9th Cir 2017) (Concluding the protected First Amendment interest extends to civil legal mail). "A prison's pattern and practice of routinely opening inmate(s) legal mail, outside of the inmate's presence, has been found to violate the Constitution." See Bieregu v. Reno, 59 F.3d 1445 (3d Cir 1995) (Prison's pattern and practice "of opening confidential legal mail outside of inmate's presence infringes upon inmate's First Amendment rights and access to the courts)

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _Xavier Lunar Jikial_, declare:

I am over 18 years of age and a party to this action. I am a resident of _lone_ _Mule Creek State Prison_ Prison, in the county of _____,

State of California. My prison address is: _p.o. box 409698_,

_____.

On _11·7·2025_,
(DATE)

I served the attached: _Plaintiff's Complaint For Injunctive Relief Temporary Restraining Order ; CDCR 602 Being appealed right now._
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _11·7·2025_
(DATE)

_[signature]_
(DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                                    ::ODMA\PCDOCS\WORDPERFECT\22832\1