1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    XAVIER LUMAR J'WEIAL,                    No.  2:21-cv-00712 WBS SCR P

12                Plaintiff,

13         v.                                  ORDER

14    CALIFORNIA DEPARTMENT OF
      CORRECTION & REHABILITATION, et
15    al.,

16                Defendants.

17

18         Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

19    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

20    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21         On December 1, 2025, the magistrate judge filed findings and recommendations herein

22    which were served on plaintiff and which contained notice to plaintiff that any objections to the

23    findings and recommendations were to be filed within twenty-one days.  ECF No. 70.  Plaintiff

24    has not filed objections to the findings and recommendations.

25         The court has reviewed the file and finds the findings and recommendations to be

26    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

27    ORDERED that:

28         1.  The findings and recommendations (ECF No. 70) are adopted in full; and

1

1          2.  Plaintiff's Motion for a Temporary Restraining Order and Injunctive Relief  (ECF No.

2    65) is DENIED.

3    Dated:  January 8, 2026

WILLIAM B. SHUBB
4                                                    UNITED STATES DISTRICT JUDGE

5

6

7

8

9    RB/Jwei0712.800

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28