UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

XZVIER LUMAR J'WEIAL,

        Plaintiff,

   v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS & REHABILITATION,
et al.,

        Defendants.

No.  2:21-cv-00712 WBS SCR PC

ORDER

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 11, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 81.  Neither party filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations (ECF No. 81) are adopted in full;

1

2.  Plaintiff's unsigned affirmative defense motion (ECF No. 72) is STRICKEN pursuant to Federal Rule of Civil Procedure 11(a) and Local Rule 131(b);

3.  Plaintiff's affirmative defense motion (ECF No. 73) is denied; and

4.  Plaintiff's motion to amend (ECF No. 74) is denied and the second amended complaint (ECF No. 75) is STRICKEN.

Dated:  April 22, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Jwei0712.801

2