IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **XAVIER LUMAR J'WEIAL,**<br><br>                                   Plaintiff,<br><br>        **v.**<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                                   Defendants. | 2:21-cv-00712-WBS-SCR (PC)<br><br>**[PROPOSED] ORDER**<br><br>Judge:        The Honorable Sean C. Riordan<br>Trial Date:    Not Set<br>Action Filed:  April 21, 2021 |

Defendant requests an extension of time of the deadline for Defendant to file a dispositive motion.  ECF No. 83.  Good cause appearing, the request for extension of time to file a dispositive motion is GRANTED. Defendant shall have until June 10, 2026, to file a dispositive motion.

Dated: April 24, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1