UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER LUMAR J'WEIAL,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTION & REHABILITATION, et al.<br><br>Defendants. | No.  2:21-cv-00712 WBS SCR P<br><br><br>ORDER |

Plaintiff is incarcerated in state prison and proceeding through counsel with a civil rights complaint pursuant to 42 U.S.C. § 1983.  Plaintiff's counsel made an initial appearance on May 29, 2026.  ECF No. 93.

Following plaintiff's counsel's appearance, the parties filed a joint stipulation for extension of time to file dispositive motions.  ECF No. 94.  Having reviewed the parties' stipulation, and good cause appearing, the undersigned grants the stipulation.  The dispositive-motion deadline of June 10, 2026 (ECF No. 85) is vacated.  The undersigned will reset the deadline to file dispositive motions as necessary after ruling on plaintiff's pending motion to file an amended complaint (ECF No. 86) and defendant's motion to dismiss (ECF No. 90).

In addition, in light of plaintiff's counsel's appearance, the undersigned sua sponte grants plaintiff leave to file: (1) a reply to defendant's opposition to the motion to amend the complaint

(ECF No. 89); and (2) an opposition to defendant's motion to dismiss (ECF No. 90).  Plaintiff shall file these briefs within 21 days of this order.  Defendant may file a reply to plaintiff's opposition to the motion to dismiss not more than fourteen (14) days after service of the opposition.  Local Rule 230(*l*).  If the parties agree on a different briefing schedule, they may submit a joint proposed order to the court based on their stipulation.

Accordingly, IT IS HEREBY ORDERED that:

1.    The parties' joint stipulation for extension of time to file dispositive motions (ECF No. 94) is GRANTED.

2.    The dispositive-motion deadline of June 10, 2026 (ECF No. 85) is VACATED.  The undersigned will reset the deadline to file dispositive motions as necessary after ruling on the plaintiff's pending motion to file an amended complaint (ECF No. 86) and defendant's motion to dismiss (ECF No. 90).  The new dispositive motion deadline will be reset to at least 60 days after the Court rules on plaintiff's motion to amend the complaint and defendant's motion to dismiss.

3.    Within 21 days of this order, plaintiff may file a reply to defendant's opposition to plaintiff's motion to amend the complaint (ECF No 89).

4.    Also within 21 days of this order, plaintiff shall file an opposition to defendant's motion to dismiss (ECF No. 90).  Defendant may file a reply within 14 days of service of plaintiff's opposition.  If the parties agree on a different briefing schedule, they may submit a joint proposed order to the Court based on their stipulation.

DATED: June 9, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE