UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

XAVIER LUMAR J'WEIAL,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

Defendants.

No. 2:21-cv-00712 WBS SCR

ORDER TO SHOW CAUSE

Plaintiff is incarcerated in state prison and proceeding through counsel with a civil rights complaint under 42 U.S.C. § 1983. On June 9, 2026, the undersigned granted the parties' joint request for extension of time to file dispositive motions. ECF No. 95. In light of Plaintiff's counsel's appearance two weeks earlier, the Court vacated the dispositive motion deadline and granted Plaintiff 21 days to file a reply to Defendant's opposition to his motion to amend (ECF No. 86). The Court also ordered Plaintiff to file an opposition to Defendant's motion to dismiss pursuant to Fed. R. Civ. P. 41(b) (ECF No. 90). Id. In that motion, Defendant Lizzarraga seeks terminating sanctions for Plaintiff's alleged repeated failures to comply with his discovery obligations. The Cout's scheduling order explained that the Court would set a new dispositive motion deadline after resolving those motions. Id. More three months have passed, and Plaintiff has not filed the opposition brief ordered by the Court (or the permitted reply brief) or otherwise

responded to the Court's order.

Federal Rule of Civil Procedure 41(b) allows for the dismissal of an action if a plaintiff fails to prosecute that action or comply with a court order. Moreover, Local Rule 110 provides for the imposition of "any and all sanctions authorized by statute or Rule or within the inherent power of the Court," for a party's failure to comply with "any order of the Court[.]" Federal courts may invoke Rule 41(b) sua sponte. See Pagtalunan v. Galaza, 291 F.3d 639, 640–43 (9th Cir. 2002) (affirming district court's sua sponte dismissal of habeas petition with prejudice "for failure to prosecute and failure to comply with a court order"); Oliva v. Sullivan, 958 F.2d 272, 273-74 (9th Cir. 1992) (district court may dismiss an action sua sponte for failure to meet court deadline).

Plaintiff here has failed to comply with the Court's order to file the two briefs described above. The undersigned granted Petitioner this opportunity in light of the recent appearance of his counsel and to allow his counsel time to address the pending motion to amend and motion dismiss. Whether proceeding pro se or through counsel, Plaintiff must still comply with the Court's orders and applicable rules.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall show cause in writing within twenty-one (21) days of the date of this order as to why this case should not be dismissed for lack of prosecution and for failure to follow an order of the Court.

2. Plaintiff is cautioned that the failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED: October 5, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE